1 | MICHAEL M. CRAIN
State Bar No. 45083
2 | P. O. Box 3730
Santa Monica, California 90408
3 | Telephone 310-571-3324
Fax 310-626-9983
4 | E-mail: Michaelmcrain@aol.com

5 | ROBERT D. BACON
State Bar No. 73297
6 | 484 Lake Park Avenue, PMB 110
Oakland, California 94610
7 | Telephone 510-834-6219
Fax 510-444-6861
8 | E-mail: bacon2254@aol.com

9 | Attorneys for Petitioner Carpenter

10

11 | UNITED STATES DISTRICT COURT FOR THE

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

13

14 | DAVID J. CARPENTER,                )        No. C 98-2444 MMC
                                       )        No. C 00-3706 MMC
15 |          Petitioner,              )
                                       )
16 |     vs.                           )        **DEATH PENALTY CASES**
                                       )
17 | ROBERT L. AYERS, Jr., Warden      )        [~~PROPOSED~~]
of San Quentin State Prison,           )        **ORDER SHORTENING TIME re**
18 |                                   )        **MOTION FOR STAY OF**
                                       )        **COMPETENCY EVALUATION**
19 |          Respondent.              )        **PENDING APPEAL**
    _____   )

20

21

22 |          On unopposed motion of Petitioner, and good cause appearing, IT IS ORDERED:

23 |          The motion to shorten time is granted with respect to the Petitioner's motion for stay of

competency evaluation pending appeal.

24

25 |          Respondent may serve and file a response to the motion for stay of competency

evaluation pending appeal by  ~~\_\_\_\_m.~~, September _9_, 2008.

26

27 |          Petitioner may serve and file a reply in support of the motion for stay of competency

evaluation pending appeal by  ~~\_\_\_ m.~~, September _11_, 2008.

28

1    The Court may determine the motion for stay on the written papers without an oral

2  hearing.

3    Signed September _5_, 2008.

4

5                                                          _____
6                                                          MAXINE M. CHESNEY
                                                           UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28