MICHAEL M. CRAIN
   State Bar No. 45083
P. O. Box 3730
Santa Monica, California 90408
Telephone 310-571-3324
Fax 310-626-9983
E-mail: Michaelmcrain@aol.com

ROBERT D. BACON
   State Bar No. 73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
Telephone 510-834-6219
Fax 510-444-6861
E-mail: bacon2254@aol.com

Attorneys for Petitioner Carpenter

UNITED STATES DISTRICT COURT FOR THE

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>    Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>    Respondent. | No. C 98-2444 MMC &<br>No. C 00-3706 MMC<br><br>**DEATH PENALTY CASES**<br><br>**STIPULATION TO STAY FURTHER PROCEEDINGS PENDING APPEAL and** ~~**PROPOSED ORDER**~~ |

Petitioner intends to take an appeal from the Court's order of August 21, 2008. 98-2444 Doc. 182; 00-3706 Doc. 115. In light of the Court's expressed intention to deal with the issue of Mr. Carpenter's current competency prior to addressing Mr. Carpenter's claims for relief (Order of June 19, 2008, at p. 8; 98-2444 Doc. 176; 00-3706 Doc. 109):

The parties hereby stipulate that litigation of all claims and issues in this case other than the issue of Mr. Carpenter's current competency shall be deferred pending resolution of that appeal.

This stipulation is without prejudice to Petitioner's motion, being filed this day, to stay the evaluation of Mr. Carpenter's current competency pending the appeal, and to Respondent's opposition to that motion.

1  Pursuant to section X.B. of General Order No. 45, Robert D. Bacon, attorney for the petitioner, certifies that concurrence in the filing of this document has been obtained from Deputy Attorneys General James William Bilderback II and Steve Oetting, attorneys for the respondent.

Submitted September 3, 2008.

MICHAEL M. CRAIN

/s/ *Robert D. Bacon*
ROBERT D. BACON
Attorneys for Petitioner


/s/ *James William Bilderback II*
JAMES WILLIAM BILDERBACK II
Deputy Attorney General
Attorney for Respondent (No. 98-2444)


/s/ *Steve Oetting*
STEVE OETTING
Deputy Attorney General
Attorney for Respondent (No. 00-3706)


PURSUANT TO STIPULATION, IT IS SO ORDERED. Litigation of all claims and issues in this case other than the issue of Mr. Carpenter's current competency shall be deferred pending resolution of Mr. Carpenter's appeal from the order of August 21, 2008.

Signed September _12_, 2008.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE