IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, Jr., Warden of<br>California State Prison at San Quentin,<br><br>    Respondent. | NOS. C 98-2444 MMC<br>       C-00-3706 MMC<br><br>ORDER DENYING MOTION<br>FOR A CERTIFICATE OF<br>APPEALABILITY<br><br>**DEATH PENALTY CASES** |

Petitioner has filed a notice of appeal to the Ninth Circuit. Petitioner intends to appeal certain language in a Protective Order entered by this Court on August 21, 2008.

In conjunction with his appeal, petitioner has filed a motion for a certificate of appealability. By order filed September 12, 2008, this Court concluded that petitioner was not entitled to appeal the Protective Order. As a result, this Court declines to issue a certificate of appealability and, accordingly, petitioner's motion is hereby DENIED.

**IT IS SO ORDERED.**

DATED: September 16, 2008

                                        _/s/ Maxine M. Chesney_
                                       MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT JUDGE