# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,<br><br>　　　　　Respondent. | NO. C 00-3706 MMC<br>NO. C 98-2444 MMC<br><br>ORDER AMENDING LITIGATION SCHEDULE<br><br>**DEATH PENALTY CASE** |

　　　　The Court hereby AMENDS the parties' litigation schedule, filed January 27, 2010. For purposes of judicial efficiency, the parties are hereby ORDERED to file briefing on Group II claims only after the Court renders a decision on Group I claims. The Court's orders as to Group I claims will include a briefing schedule for Group II claims.

　　　　**IT IS SO ORDERED.**

DATED: March 14, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　	　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE