IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>                              Petitioner,<br><br>        v.<br><br>KEVIN CHAPPELL, Acting Warden of the California State Prison at San Quentin,<br><br>                              Respondent. | Case No. 3:00-cv-03706-MMC<br><br>[PROPOSED] ORDER<br>RE:  RESPONDENT'S MOTION FOR RECONSIDERATION OF PROCEDURAL BARS |

IT IS HEREBY ORDERED that Respondent's motion for reconsideration of the Court's ruling on procedural bars will be due by May 12, 2014.  Petitioner's response will be due on August 11, 2014.  Respondent's reply will be due on October 10, 2014.

Dated:   March 5, 2014                          _____
                                                The Honorable Maxine M. Chesney