MICHAEL M. CRAIN
        State Bar No. 45083
P. O. Box 3730
Santa Monica, California 90408
Telephone 310-571-3324
Fax 310-494-0750
E-mail: Michaelmcrain@aol.com

ROBERT D. BACON
        State Bar No. 73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
Telephone 510-834-6219
Fax 510-444-6861
E-mail: bacon2254@aol.com

Attorneys for Petitioner Carpenter

UNITED STATES DISTRICT COURT FOR THE

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

DAVID J. CARPENTER,                    )    No. 3:00-cv-03706-MMC
                                       )
            Petitioner,                )
                                       )    **DEATH PENALTY CASE**
    vs.                                )
                                       )    **STIPULATION FOR ADMINISTRATIVE
KEVIN CHAPPELL, Warden                 )    RELIEF and ~~PROPOSED~~ ORDER**
of San Quentin State Prison,           )    **[To Exceed Page Limitation]**
                                       )    **[Civil L.R. 7-11]**
            Respondent.                )
_____       )

    Counsel for Petitioner and Respondent hereby stipulate that Petitioner may file an opposition of up to 35 pages to Respondent's pending Motion for Reconsideration (Doc. 169). The opposition is due August 11, 2014, and counsel anticipate that it will be filed on that date.

    The Court authorized 35 pages for Petitioner's opposition to the very similar motion in Mr. Carpenter's other habeas case, No. 3:98-cv-02444-MMC.

    As in No. 98-2444, Petitioner's counsel will require additional pages for two reasons: First, to address aspects of the procedural default doctrine that are independent of, and not addressed by, *Walker v. Martin*, 131 S.Ct. 1120 (2011). Second, to address the issues of procedural default on a claim-by-

claim basis.  Many of the claims respondent seeks to dismiss include allegations presented to the California Supreme Court in the second state habeas petition and also allegations presented to the California Supreme Court on earlier occasions.  Petitioner's counsel intends to argue that principles of procedural default, if they apply at all, may apply to a portion of a claim in the federal petition without applying to the entirety of the claim.  Petitioner's counsel intends to address each claim separately in this manner.

Should respondent require a reasonable number of additional pages for his reply after reviewing petitioner's opposition, petitioner's counsel will not object at that time.

Respectfully submitted June 13, 2014.


/s/ *Michael M. Crain*
MICHAEL M. CRAIN

/s/ *Robert D. Bacon*
ROBERT D. BACON

Attorneys for Petitioner David J. Carpenter

/s/ *Stephanie C. Brenan*
STEPHANIE C. BRENAN
Deputy Attorney General
[consent to sign obtained June 9, 2014]

/s/ *James William Bilderback II*
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General
[consent to sign obtained June 13, 2014]

Attorneys for Respondent


**O R D E R**

Good cause appearing, and pursuant to stipulation, IT IS SO ORDERED.  Petitioner may file an opposition of up to 35 pages to the pending Motion for Reconsideration.

June 13, 2014

_____
MAXINE M. CHESNEY
United States District Judge