IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. CARPENTER,**<br><br>Petitioner,<br><br>v.<br><br>**RON DAVIS, Warden of the California State Prison at San Quentin,**<br><br>Respondent. | <u>CAPITAL CASE</u><br><br>Case No. 3:00-CV-03706-MMC<br><br>[PROPOSED] SCHEDULING ORDER FOR THE REMAINING GROUP 4 CLAIMS |

Pursuant to the agreement of the parties, the Court sets the following briefing schedule for the remaining Group 4 claims:

Respondent's opening brief is due on June 6, 2016.

Petitioner's response is due on August 5, 2016.

Respondent's reply is due on September 4, 2016.

Dated: March 8, 2016

*/s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE