KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Deputy Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General
STEPHANIE C. BRENAN
Supervising Deputy Attorney General
State Bar No. 183790
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2056
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. CARPENTER,** | <u>CAPITAL CASE</u> |
| Petitioner, | **3:00-cv-03706-MMC** |
| v. | **BRIEFING SCHEDULE STIPULATION AND [PROPOSED] ORDER** |
| **RON DAVIS, Warden of the California State Prison at San Quentin,** | The Honorable Maxine M. Chesney<br>United States District Judge |
| Respondent. | |

Counsel for Petitioner and Respondent have conferred regarding the briefing schedule for Respondent's motion for reconsideration regarding *Johnson v. Lee*, 136 S. Ct. 1802 (2016) (per curiam), as directed by this Court's June 27, 2016 Order (Dkt. 190).  We have agreed upon the following:

1. Respondent will file a motion for reconsideration no later than October 19, 2016.

2. Petitioner will file a response within thirty (30) days of the filing date of Respondent's motion.

3. Respondent will file a reply within thirty (30) days of the filing date of Petitioner's response.

Respectfully submitted,

Dated: September 20, 2016

KAMALA D. HARRIS
Attorney General of California

/s/ *Stephanie C. Brenan*

STEPHANIE C. BRENAN
Supervising Deputy Attorney General
*Attorneys for Respondent*

Dated: September 20, 2016

/s/ *Michael M. Crain*

MICHAEL M. CRAIN
*Attorney for Petitioner*
[consent to sign obtained September 20, 2016]

Dated: September 20, 2016

/s/ *Robert D. Bacon*

ROBERT D. BACON
*Attorney for Petitioner*
[consent to sign obtained September 20, 2016]

**ORDER**

Good cause appearing, IT IS ORDERED that the schedule set out in this stipulation is approved.

Dated: October 3, 2016

MAXINE M. CHESNEY
United States District Judge

SD2001XW0004
62121692.doc